IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  15-cv-00253-RPM

COLOEVANS, INC.,

      Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,

      Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that  a scheduling conference will be held on **March 19, 2015, at 2:00**

**p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse,

1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions

for Preparation of Scheduling Order which may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandar

ds/SeniorArticleIIIJudges/HonRichardPMatsch.aspx (Senior Judge Richard P. Matsch

Procedures) and use the format provided with those instructions (Rev. 10/2013).  The

proposed order (original only) on paper, shall be submitted directly to chambers by **4:00**

**p.m. on March 12, 2015.**  The conference is conducted with lead counsel present in

person.  No parties or representatives of parties will be permitted to attend.  Initial

disclosures under Rule 26(a)(1) will be completed no later than 10 calendar days before

the scheduling conference.  It is

FURTHER ORDERED that counsel for the plaintiff shall file a disclosure statement pursuant to Fed.R.Civ.P. 7.1.

Dated:   February 6th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge

CERTIFICATE OF MAILING


I certify that on this day I mailed, via U.S. Mail, a copy of the attached Order

Setting Scheduling Conference to the following:


Doug Meier
Attorney at Law
1445 Holland St.
Lakewood, CO 80215

JEFFREY P. COLWELL, Clerk

M. V . Wentz

By:_____
          Deputy