# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Senior District Judge Richard P. Matsch

Date: November 13, 2015
Courtroom Deputy: Robert R. Keech
FTR Technician: Kathy Terasaki

---

Civil Action No. **15-cv-00253-RPM**          Counsel:

**COLOEVANS, INC.**,                          Douglas F. Meier
                                              Peter J. Moyson
    Plaintiff,

v.

**CONTINENTAL CASUALTY COMPANY**,             Brendan O. Powers
                                              Jennifer K. Kenchel
    Defendant.

---

## COURTROOM MINUTES

---

**MOTION HEARING:** Defendant's Motion for Partial Summary Judgment Pursuant to F.R.C.P. 56(a) [ECF Doc. No. 23], filed July 13, 2015, and Plaintiff's Cross-Motion for Partial Summary Judgment on its Breach of Contract Claim [ECF Doc. No. 24], filed August 6, 2015

**10:58 a.m.**     Court in session.

    Court calls case.

    Appearances of counsel.

    Defendant's Motion for Partial Summary Judgment Pursuant to F.R.C.P. 56(a) [ECF Doc. No. 23], filed July 13, 2015, and Plaintiff's Cross-Motion for Partial Summary Judgment on its Breach of Contract Claim [ECF Doc. No. 24], filed August 6, 2015, are raised for argument.

11:08 a.m.     Argument by Plaintiff by Mr. Meier.

11:17 a.m.     Argument by Defendant by Ms. Kenchel.

11:24 a.m.     Argument by Plaintiff by Mr. Meier.

**ORDERED:** Defendant's Motion for Partial Summary Judgment Pursuant to F.R.C.P. 56(a) [ECF Doc. No. 23], filed July 13, 2015, is **DENIED.**

**ORDERED:** Plaintiff's Cross-Motion for Partial Summary Judgment on its Breach of Contract Claim [ECF Doc. No. 24], filed August 6, 2015, is **DENIED.**

**11:30 a.m.**     **Court in recess.**

**Hearing concluded.  Total time:  32 minutes.**