IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00253-RPM

COLOEVANS, INC.,

    Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,

    Defendant.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Stipulation for Dismissal with Prejudice [Doc. 35], it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs.

Dated: February 9th, 2016

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge